UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANNER BANK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THAT CERTAIN 42' SINGLE OIL SCREW PILOTHOUSE SQUID LIGHT BOAT, OFFICIAL NO. 562729, AT ONE TIME NAMED "STRATA," ITS ENGINES, TACKLE, MACHINERY, FURNITURE, APPAREL, APPURTENANCES, ETC., ET AL.,<br><br>　　　　Defendant. | Case No. 2:18-CV-01542-DSF-JC<br><br>**In Admiralty**<br><br>**Default Judgment *In Rem* (Strata and Stealth); Judgment Foreclosing Preferred Marine Mortgage and Order of Sale** |

　　The Court having entered default judgment against: (1) defendant That Certain 42' Single Oil Screw Pilothouse Squid Light Boat, Official No. 562729, at one time named "STRATA," her engines, tackle, machinery, furniture, apparel, appurtenances, that California Department of Fish and Game Market Squid Light Boat Permit Number LBT046, and all other personal property pledged by F/V

4849-0016-5230

Strata LLC to Banner Bank (the Strata Vessel) and (2) defendant That Certain 55' Single Oil Screw Commercial Fishing Purse Seiner, Official No. CF 2484 VE, at one time named "STEALTH," her engines, tackle, apparel, furniture, appurtenances and equipment, and all other personal property pledged by F/V Stealth, Inc. to Banner Bank (the Stealth Vessel) (the Strata and Stealth Vessels are sometimes collectively referred to as the Vessels), now makes the following findings:

  A. Banner Bank is entitled to a default judgment against the defendant Vessels, no answer or statement of right or interest having been filed;

  B. Banner Bank's claim under its preferred marine mortgage on the defendant Strata Vessel is superior to that of any other claimant; and

  C. Banner Bank's claim under its preferred marine mortgage on the Stealth Vessel is superior to that of any other claimant.

  **NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

  1. Banner Bank's preferred marine mortgage on the Strata Vessel is foreclosed;

  2. Banner Bank's preferred marine mortgage on the Stealth Vessel is foreclosed;

  3. Banner Bank shall have judgment against the Strata Vessel *In Rem* as follows:

    (a) $406,106.12 (principal amount);

    (b) prejudgment interest through August 10, 2018 in the amount of $54,206.71;

    (c) prejudgment interest from August 11, 2018 through September 20, 2018 in the amount of $2,707.37;

    (d) late fees in the amount of $24,697.71; and

    (e) administrative expenses and attorneys' fees and costs as subsequently approved by the Court;

  4. The judgment against the Strata Vessel shall bear interest at the rate of

six percent (6%) per annum from the date of granting this judgment until paid;

    5.    Banner Bank shall have judgment against the Stealth Vessel *In Rem* as follows:

        (a) $964,637.50 (principal amount);

        (b) prejudgment interest through August 10, 2018 in the amount of $128,759.33;

        (c) prejudgment interest from August 11, 2018 through September 20, 2018 in the amount of $6,430.92;

        (d) late fees in the amount of $7,988.80; and

        (e) administrative expenses and attorneys' fees and costs as subsequently approved by the Court;

    6.    The judgment against the Stealth Vessel shall bear interest at the rate of six percent (6%) per annum from the date of granting this judgment until paid;

    7.    The U.S. Marshal and Substitute Custodian shall, pursuant to the rules of the United States District Court for the Central District of California, cause the Vessels to be condemned and sold in accordance with Supplemental Rule E, the Local Admiralty Rules, and the practices of this Court, after publication of the sale in the L.A. Daily Journal, at public auction to the highest and best bidder, the sale to be held alongside the Vessels on a date and at a time satisfactory to the U.S. Marshal to be determined after entry of this Order;

    8.    At such sale Banner Bank shall be permitted, but not required, to bid on either of the Vessels in any part of the judgment against that Vessels and accrued interest here awarded without cash deposit;

    9.    If either of the Vessels is sold to any party other than Banner Bank, the actual amount received by Banner Bank from the sale of that Vessel(s) after payment of the U.S. Marshals' and Substitute Custodian's charges shall be the net proceeds of sale to be credited against the judgment against that Vessel(s), but, in the event Banner Bank is the successful bidder on a Vessel(s) at such sale, the

amount to be credited against the judgment against such Vessel(s) shall be the proceeds of the subsequent sale by Banner Bank of such Vessel(s), net of all costs of repair, care, custody and sale;

10. The U.S. Marshal shall deposit the proceeds of the sale, if any, in the Registry of the Court and the Clerk shall, after having paid all costs and administrative expenses as approved by subsequent Order, pay to Banner Bank so much of the balance remaining as is necessary to satisfy the judgment here awarded, and the clerk shall retain the remainder of the proceeds, if any, in the Registry of the Court subject to further Order.

Dated: October 10, 2018

*/s/ Dale S. Fischer*
UNITED STATES DISTRICT JUDGE

- 4 -
4849-0016-5230